UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MIGUEL NIGO,

     Plaintiff,

          v.

ANDREW SAUL,
Commissioner of Social Security,

     Defendant.

No. 2:20-cv-09188-PVC

**JUDGMENT OF REMAND**

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: June 15, 2021

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE