IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818-325-2888
Fax: 818-325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, MIGUEL NIGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL NIGO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: CV 20-09188 PVC<br><br>ORDER<br>AWARDING EAJA FEES<br><br>PEDRO V. CASTILLO<br>UNITED STATES MAGISTRATE<br>JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND TWO HUNDRED EIGHTY SIXTY DOLLARS ($3,260.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 6/30/21

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE